UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIK M. KINDAHL,

                Plaintiff,

  v.

CAROLYN W COLVIN,

                Defendant.

Case No. C15-898-BJR-BAT

**REPORT AND RECOMMENDATION**

      Plaintiff Erik M. Kindahl appeals the denial of his application for disability benefits. Dkt. 1.  The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 17.  The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g).  On remand, the ALJ will offer the claimant a new hearing, take any further action needed to complaint the administrative record and issue a new decision.  Upon proper application, plaintiff shall be eligible for attorney's fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

      Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge Barbara J. Rothstein immediately approve this Report and Recommendation and order the case reversed and remanded for further

REPORT AND RECOMMENDATION - 1

administrative proceedings as set forth above.  A proposed order accompanies this Report and Recommendation.

DATED this 2nd day of March, 2016.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2