UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIK M. KINDAHL,<br><br>                Plaintiff,<br><br>v.<br><br>CAROLYN W COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. C15-898-BJR<br><br>**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The Court, having considered the stipulated motion for remand, Dkt. 17, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the balance of the record, **ORDERS**:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further administrative proceedings consistent with the Report and Recommendation.

(3) The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 9th day of March, 2016.

BARBARA J. ROTHSTEIN
United States District Judge

ORDER REVERSING AND REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 1