UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIK M. KINDAHL,<br><br>        Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | No. 2:15-cv-00898-BJR<br><br>ORDER GRANTING ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL JUSTICE ACT |

  IT IS HEREBY ORDERED that Plaintiff is awarded $2,854.20 in attorney fees and $11.82 in expenses pursuant to the Equal Access to Justice Act, 28. U.S.C. § 2412, and $422.80 in costs pursuant to 28 U.S.C. § 1920.  If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,* 560 U.S. 586 (2010), payment of this award shall be made to Francisco Rodriguez and mailed to him at P.O. Box 31844, Seattle, WA  98103.

  DONE this _6th_ day of _March_, 2017.

                           /s/ Barbara J. Rothstein
                           Barbara Jacobs Rothstein
                           U.S. District Court Judge

ORDER (2:15-cv-00898-BJR) - 1

Presented By:

s/ FRANCISCO RODRIGUEZ
Francisco Rodriguez, WSBA #22881
Attorney for Plaintiff
P.O. Box 31844
Seattle, WA  98103
Phone:  (206) 414-8894
Fax:  (206) 629-8975
Email:  tr@titorodriguez.com

ORDER (2:15-cv-00898-BJR) - 2